IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**DANIEL LAFITTE DUMONDE,**        )
                                                      )
    Plaintiff,                              )
                                                      )
    v.                                              )        CIVIL ACTION NO.
                                                      )        2:06cv889-MHT
**FEDERAL PRISON CAMP,**            )
**MAXWELL AFB, et al.,**               )
                                                      )
    Defendants.                          )

                         ORDER

It is ORDERED that plaintiff's motion for temporary restraining order, contained in his complaint (doc. no. 1), is denied.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 5th day of October, 2006.

                                     /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**