IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LAFITTE DUMONDE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv889-MHT |
| | ) | |
| FEDERAL PRISON CAMP, | ) | |
| MAXWELL AFB, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the emergency motion (doc. no. 5) is treated as a motion for temporary restraining order and said motion is denied.

DONE, this the 18th day of October, 2006.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE