IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DANIEL LAFITTE DUMONDE,         *
#21609-001
    Plaintiff,                  *

    v.                          *       2:06-CV-889-MHT

F.P.C. MONTGOMERY, *et al*.,    *

    Defendants.                 *

_____

**ORDER**

For good cause, it is

ORDERED that the court's order granting Plaintiff leave to proceed *in forma pauperis* (Doc. No. 3) be and is hereby VACATED.

It is further ORDERED that;

1. On or before November 1, 2006 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court MAIL to Plaintiff a copy of this order and a copy of the form for use in filing a motion to proceed *in forma pauperis*. The Clerk is further directed to

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

furnish a copy of this order to the account clerk at the Maxwell Federal Prison Camp.

A ruling on Plaintiff's objections (Doc. No. 5) shall be reserved pending Plaintiff's compliance with the directives contained herein.

DONE this 24th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE