AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

*Middle* District of *Alabama*

*Daniel Lafitte Dumonde*
Plaintiff

V.

*Federal Prison Camp Maxwell AFB, et al*
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06CV889-MHT

RECEIVED 2006 NOV -1 A 10:52
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, **DANIEL L. DUMONDE**, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **F.P.C.**

   Are you employed at the institution? **YES**    Do you receive any payment from the institution? **YES**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.  — *SO ATTACHED. (VARIES FROM 2.40 MONTH - TO 16.80) I DO NOT WORK FULL TIME.*

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. — *THREE HUNDRED TO FOUR HUNDRED ($3-400. WK.) — 1998 MARK HUNDAHL, 1800 N. HIGHLAND AVE, LOS ANGELES, CA., 90043* * I AM DISABLED SINCE 2000*

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I have in past months, since July, 2006, received $65.-75.°°/month from my elderly Mother. — These "Gifts" from Mother have stopped, as reflected by attached prisoner "print-out" - account stopped, since September, I have received 0- in gifts, or any other monies.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

10/30/2006
Date

[Signature of Applicant]

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV -1 A 10:32
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DANIEL LAFITTE DuMONDE, *
        Plaintiff, *
                  *
V.                              CASE NO.2:06-CV-889-MHT
                  *
F.P.C. MONTGOMERY, et. al., *
        Defendants. *
_____/

### AFFIDAVIT OF FINANCIAL STATUS

CPMES NOW PLAINTIFF, DANIEL LAFITTE DuMONDE, in the above referenced civil case, and files this sworn Affidavit of Financial Status while seeking to proceed in the above matter in Forma Pauperis. In support of this cause, he would state as follows:

1. That Plaintiff has **No Assets of Anykind**: **No Motor Vehicles, No Boats, Houses, Real property, Jewelry, stocks, bonds, or any monies in any bank account, or otherwise, anywhere.** No Insurance Policies.

2. Plaintiff has no relatives who are financially able to assist-him with the fees for filing here, and is otherwise unable to access any monies to facilitate the complaint's proceeding.
    -PLAINTIFF IS ENTITLED TO RELIEF IN THIS MATTER.
        SO SWORN UNDER PENALTY FOR PERJURY,
            -Title 28, U.S.C. §1746,
            This 30 DAY OF OCTOBER, 2006,

        /s/ _____
        DANIEL L. DuMONDE, Plaintiff, Pro-Se
        #21609-001, MOBILE-B
        F.P.C. MAXWELL AIR FORCE BASE
        MONTGOMERY, ALABAMA, 36112

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MON | 7/25/2006 5:02:36 PM | ITS0725 | | Phone Withdrawal | ($2.00) | | $49.59 |
| MON | 7/25/2006 5:20:42 AM | 70162601 | | Lockbox - CD | $50.00 | | $51.59 |
| MON | 7/25/2006 5:20:42 AM | FICD0706 - 959 | | Debt Encumbrance | | ($0.41) | -------- |
| MON | 7/21/2006 4:13:31 PM | FICD0706 - 956 | | Debt Encumbrance | | ($1.59) | -------- |
| MON | 7/16/2006 10:55:52 AM | ITS0716 | | Phone Withdrawal | ($2.00) | | $1.59 |
| MON | 7/12/2006 5:20:09 PM | ITS0712 | | Phone Withdrawal | ($2.00) | | $3.59 |
| MON | 7/12/2006 10:25:46 AM | 11 | | Sales | ($28.90) | | $5.59 |
| MON | 7/11/2006 7:57:10 PM | ITS0711 | | Phone Withdrawal | ($2.00) | | $34.49 |
| MON | 7/11/2006 1:28:54 PM | FJV0142 | | Photo Copies | ($2.40) | | $36.49 |
| MON | 7/9/2006 9:04:47 AM | ITS0709 | | Phone Withdrawal | ($2.00) | | $38.89 |
| MON | 7/7/2006 2:36:18 PM | 83 | | Sales | ($19.90) | | $40.89 |
| MON | 7/7/2006 8:23:56 AM | FIPP0606 | | Payroll - IPP | $5.25 | | $60.79 |
| MON | 7/7/2006 5:22:32 AM | 70161401 | | Lockbox - CD | $50.00 | | $55.54 |
| MON | 7/5/2006 8:30:50 PM | 175 | | Sales | ($5.00) | | $5.54 |
| MON | 7/5/2006 2:12:04 PM | | 929 | Court Fees | ($8.36) | | $10.54 |
| MON | 7/5/2006 2:11:38 PM | | 928 | Court Fees | ($12.00) | | $18.90 |
| MON | 7/4/2006 8:25:43 PM | ITS0704 | | Phone Withdrawal | ($2.00) | | $30.90 |

1 2 3

Total Transactions: 135

Totals:    $0.92    ($1.19)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $0.00 | $0.00 | $1.19 | $0.00 | $0.00 | $0.00 | $0.00 | $1.19 |
| Totals: | $0.00 | $0.00 | $1.19 | $0.00 | $0.00 | $0.00 | $0.00 | $1.19 |

Six-Month Average Account Balance is  9.84  per Month.

_A. Rabidou_ , Case Manager
Authorized by the Act of July 7, 1955,
as amended, to administer oaths (18 U.S.C. 4004)
_10-30-06_ , Date

_[signature]_
Inmate Name / Signature
DANIEL DEMONDE

# Inmate Statement

| | |  | |
|---|---|---|---|
| Inmate Reg #: | 21609001 | Current Institution: | Montgomery FPC |
| Inmate Name: | DUMONDE, DANIEL | Housing Unit: | MOBILE |
| Report Date: | 10/27/2006 | Living Quarters: | O02-005L |
| Report Time: | 3:17:02 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 10/7/2006 12:10:01 AM | FMOND047 - 8 | | | Debt Encumbrance - Released | | $4.06 | -------- |
| MON | 10/7/2006 12:10:01 AM | FMOND047 - 1053 | | | Debt Encumbrance - Released | | $1.53 | -------- |
| MON | 10/7/2006 12:10:01 AM | FMOND047 | | | Photo Copies | ($5.59) | | $1.19 |
| MON | 10/6/2006 9:02:29 AM | GIPP0906 | | | Payroll - IPP | $5.25 | | $6.78 |
| MON | 10/6/2006 9:02:29 AM | FMOND048 - 9 | | | Debt Encumbrance | | ($1.19) | -------- |
| MON | 10/6/2006 9:02:29 AM | FMOND047 - 8 | | | Debt Encumbrance | | ($4.06) | -------- |
| MON | 9/21/2006 6:44:23 PM | 69 | | | Sales | $0.00 | | $1.53 |
| MON | 9/5/2006 3:15:27 PM | 6035 | | | FRP Quarterly Pymt | $0.00 | | $1.53 |
| MON | 8/25/2006 12:03:14 PM | FMOND047 - 1053 | | | Debt Encumbrance | | ($1.53) | -------- |
| MON | 8/23/2006 12:44:02 PM | FJV0178 | | | Photo Copies | ($5.59) | | $1.53 |
| MON | 8/23/2006 12:34:07 PM | 36 | | | Sales | $6.70 | | $7.12 |
| MON | 8/18/2006 6:57:57 PM | ITS0818 | | | Phone Withdrawal | ($3.00) | | $0.42 |
| MON | 8/16/2006 2:45:39 PM | 56 | | | Sales | ($3.55) | | $3.42 |
| MON | 8/15/2006 1:25:23 PM | FJV0174 | | | Photo Copies | ($2.73) | | $6.97 |
| MON | 8/11/2006 2:41:16 PM | FJV0173 | | | Photo Copies | ($2.34) | | $9.70 |
| MON | 8/9/2006 3:10:44 PM | FJV0167 | | | Photo Copies | ($1.95) | | $12.04 |
| MON | 8/9/2006 12:39:14 PM | 18 | | | Sales | ($31.75) | | $13.99 |
| MON | 8/8/2006 6:18:32 PM | ITS0808 | | | Phone Withdrawal | ($3.00) | | $45.74 |
| MON | 8/8/2006 1:49:42 PM | FJV0166 | | | Photo Copies | ($4.94) | | $48.74 |
| MON | 8/8/2006 5:35:41 AM | 70163601 | | | Lockbox - CD | $50.00 | | $53.68 |
| MON | 8/5/2006 5:26:01 PM | ITS0805 | | | Phone Withdrawal | ($3.00) | | $3.68 |
| MON | 8/4/2006 4:47:57 PM | ITS0804 | | | Phone Withdrawal | ($3.00) | | $6.68 |
| MON | 8/4/2006 10:31:08 AM | FJV0161 | | | Photo Copies | ($3.51) | | $9.68 |
| MON | 8/4/2006 10:29:36 AM | FJV0161 | | | Photo Copies | ($1.90) | | $13.19 |
| MON | 8/4/2006 8:31:16 AM | FIPP0706 | | | Payroll - IPP | $5.25 | | $15.09 |
| MON | 8/4/2006 5:15:53 AM | 70163401 | | | Lockbox - CD | $9.50 | | $9.84 |
| MON | 7/29/2006 2:26:28 PM | ITS0729 | | | Phone Withdrawal | ($3.00) | | $0.34 |
| MON | 7/28/2006 11:32:41 AM | FJV0155 | | | Photo Copies | ($2.20) | | $3.34 |
| MON | 7/26/2006 2:20:12 PM | 39 | | | Sales | ($40.05) | | $5.54 |
| MON | 7/26/2006 2:07:15 AM | FICD0706 - 956 | | | Debt Encumbrance - Released | | $1.59 | -------- |
| MON | 7/26/2006 2:07:15 AM | FICD0706 - 959 | | | Debt Encumbrance - Released | | $0.41 | -------- |
| MON | 7/26/2006 2:07:15 AM | FICD0706 | | | Inmate Co-pay | ($2.00) | | $45.59 |
| MON | 7/25/2006 5:12:52 PM | ITS0725 | | | Phone Withdrawal | ($2.00) | | $47.59 |

## Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 21609001 |
| Inmate Name: | DUMONDE, DANIEL |
| Report Date: | 10/27/2006 |
| Report Time: | 3:17:38 PM |

| | |
|---|---|
| Current Institution: | Montgomery FPC |
| Housing Unit: | MOBILE |
| Living Quarters: | 002-005L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 7/3/2006 1:31:45 PM | 920-V | | | Court Fees | $12.00 | | $32.90 |
| MON | 7/3/2006 1:31:28 PM | 919-V | | | Court Fees | $8.36 | | $20.90 |
| MON | 7/3/2006 1:07:38 PM | | 920 | | Court Fees | ($12.00) | | $12.54 |
| MON | 7/3/2006 1:01:57 PM | | 919 | | Court Fees | ($8.36) | | $24.54 |
| MON | 6/30/2006 5:17:42 PM | ITS0630 | | | Phone Withdrawal | ($2.00) | | $32.90 |
| MON | 6/29/2006 5:35:44 PM | ITS0629 | | | Phone Withdrawal | ($2.00) | | $34.90 |
| MON | 6/29/2006 2:07:23 AM | FICD0606 - 922 | | | Debt Encumbrance - Released | | $1.10 | -------- |
| MON | 6/29/2006 2:07:23 AM | FICD0606 - 881 | | | Debt Encumbrance - Released | | $0.90 | -------- |
| MON | 6/29/2006 2:07:23 AM | FICD0606 | | | Inmate Co-pay | ($2.00) | | $36.90 |
| MON | 6/28/2006 5:26:16 PM | ITS0628 | | | Phone Withdrawal | ($2.00) | | $38.90 |
| MON | 6/28/2006 5:07:28 AM | 70160801 | | | Lockbox - CD | $40.00 | | $40.90 |
| MON | 6/28/2006 5:07:28 AM | FICD0606 - 922 | | | Debt Encumbrance | | ($1.10) | -------- |
| MON | 6/23/2006 4:20:59 PM | FICD0606 - 881 | | | Debt Encumbrance | | ($0.90) | -------- |
| MON | 6/18/2006 8:29:11 PM | ITS0618 | | | Phone Withdrawal | ($2.00) | | $0.90 |
| MON | 6/15/2006 5:21:14 PM | ITS0615 | | | Phone Withdrawal | ($2.00) | | $2.90 |
| MON | 6/10/2006 3:28:31 PM | ITS0610 | | | Phone Withdrawal | ($1.00) | | $4.90 |
| MON | 6/9/2006 5:42:59 PM | ITS0609 | | | Phone Withdrawal | ($2.00) | | $5.90 |
| MON | 6/8/2006 2:19:31 PM | | 41 | | Sales | ($25.65) | | $7.90 |
| MON | 6/8/2006 9:27:32 AM | FJV0118 | | | Photo Copies | ($3.30) | | $33.55 |
| MON | 6/7/2006 5:00:56 PM | ITS0607 | | | Phone Withdrawal | ($2.00) | | $36.85 |
| MON | 6/7/2006 4:49:51 PM | ITS0607 | | | Phone Withdrawal | ($2.00) | | $38.85 |
| MON | 6/7/2006 5:09:16 AM | 70159301 | | | Lockbox - CD | $40.00 | | $40.85 |
| MON | 6/2/2006 5:42:59 PM | FICP0606 | | | Inmate Co-pay | ($2.00) | | $0.85 |
| MON | 6/2/2006 9:11:44 AM | 6026 | | | FRP Quarterly Pymt | $0.00 | | $2.85 |
| MON | 6/2/2006 8:10:08 AM | FIPP0506 | | | Payroll - IPP | $2.40 | | $2.85 |
| MON | 5/31/2006 5:51:28 PM | ITS0531 | | | Phone Withdrawal | ($2.00) | | $0.45 |
| MON | 5/25/2006 5:31:01 PM | ITS0525 | | | Phone Withdrawal | ($2.00) | | $2.45 |
| MON | 5/25/2006 5:22:35 PM | ITS0525 | | | Phone Withdrawal | ($1.00) | | $4.45 |
| MON | 5/25/2006 11:26:08 AM | | 37 | | Sales | ($24.30) | | $5.45 |
| MON | 5/24/2006 7:20:03 PM | ITS0524 | | | Phone Withdrawal | ($2.00) | | $29.75 |
| MON | 5/23/2006 8:31:07 AM | FJV0109 | | | Photo Copies | ($3.60) | | $31.75 |
| MON | 5/23/2006 5:07:07 AM | 70158301 | | | Lockbox - CD | $35.00 | | $35.35 |
| MON | 5/17/2006 11:13:31 AM | | 28 | | Sales | ($14.05) | | $0.35 |

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 21609001 | Current Institution: | Montgomery FPC |
| Inmate Name: | DUMONDE, DANIEL | Housing Unit: | MOBILE |
| Report Date: | 10/27/2006 | Living Quarters: | 002-005L |
| Report Time: | 3:17:57 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 4/14/2006 8:18:24 PM | ITS0414 | | | Phone Withdrawal | ($2.00) | | $15.06 |
| MON | 4/13/2006 2:22:20 PM | 23 | | | Sales | ($1.55) | | $17.06 |
| MON | 4/13/2006 2:20:13 PM | 22 | | | Sales | ($45.95) | | $18.61 |
| MON | 4/9/2006 2:52:45 PM | ITS0409 | | | Phone Withdrawal | ($2.00) | | $64.56 |
| MON | 4/9/2006 2:43:32 PM | ITS0409 | | | Phone Withdrawal | ($1.00) | | $66.56 |
| MON | 4/7/2006 8:57:31 AM | FIPP0306 | | | Payroll - IPP | $16.80 | | $67.56 |
| MON | 4/7/2006 5:26:05 AM | 70155101 | | | Lockbox - CD | $50.00 | | $50.76 |
| MON | 3/27/2006 6:50:26 PM | ITS0327 | | | Phone Withdrawal | ($1.00) | | $0.76 |
| MON | 3/24/2006 2:49:41 PM | | | 594 | Court Fees | ($25.36) | | $1.76 |
| MON | 3/22/2006 3:08:51 PM | 68 | | | Sales | ($8.00) | | $27.12 |
| MON | 3/22/2006 5:13:16 AM | 70153901 | | | Lockbox - CD | $35.00 | | $35.12 |
| MON | 3/17/2006 3:16:55 PM | FICP0306 | | | Inmate Co-pay | ($2.00) | | $0.12 |
| MON | 3/15/2006 7:51:28 PM | ITS0315 | | | Phone Withdrawal | ($2.00) | | $2.12 |
| MON | 3/13/2006 10:57:07 AM | 22 | | | Sales | ($30.75) | | $4.12 |
| MON | 3/11/2006 3:28:02 PM | ITS0311 | | | Phone Withdrawal | ($2.00) | | $34.87 |
| MON | 3/11/2006 5:27:00 AM | 70153201 | | | Lockbox - CD | $35.00 | | $36.87 |
| MON | 3/6/2006 10:57:18 AM | 14 | | | Sales | ($24.55) | | $1.87 |
| MON | 3/3/2006 10:52:18 AM | 6016 | | | FRP Quarterly Pymt | ($25.00) | | $26.42 |
| MON | 3/3/2006 10:08:25 AM | FIPP0206 | | | Payroll - IPP | $16.80 | | $51.42 |
| MON | 3/2/2006 7:55:57 PM | ITS0302 | | | Phone Withdrawal | ($2.00) | | $34.62 |
| MON | 2/28/2006 5:30:01 PM | ITS0228 | | | Phone Withdrawal | ($2.00) | | $36.62 |
| MON | 2/27/2006 6:27:01 PM | 50 | | | Sales | ($22.65) | | $38.62 |
| MON | 2/27/2006 5:20:40 PM | ITS0227 | | | Phone Withdrawal | ($2.00) | | $61.27 |
| MON | 2/27/2006 5:19:21 AM | 70152203 | | | Lockbox - CD | $60.00 | | $63.27 |
| MON | 2/23/2006 2:09:10 PM | | | 486 | Court Fees | ($28.00) | | $3.27 |
| MON | 2/21/2006 11:34:48 AM | 28 | | | Sales | ($17.15) | | $31.27 |
| MON | 2/17/2006 7:58:54 PM | ITS0217 | | | Phone Withdrawal | ($1.00) | | $48.42 |
| MON | 2/16/2006 8:05:10 PM | 213 | | | Sales | ($9.10) | | $49.42 |
| MON | 2/15/2006 5:15:19 PM | ITS0215 | | | Phone Withdrawal | ($2.00) | | $58.52 |
| MON | 2/14/2006 5:17:58 AM | 70151401 | | | Lockbox - CD | $60.00 | | $60.52 |
| MON | 2/11/2006 12:10:21 PM | ITS0211 | | | Phone Withdrawal | ($2.00) | | $0.52 |
| MON | 2/8/2006 5:39:12 PM | ITS0208 | | | Phone Withdrawal | ($1.00) | | $2.52 |
| MON | 2/7/2006 5:14:44 PM | ITS0207 | | | Phone Withdrawal | ($2.00) | | $3.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MON | 5/17/2006 9:02:19 AM | 793 | 794 | Court Fees | ($15.36) | $14.40 |
| MON | 5/17/2006 9:01:32 AM | 793-V | | Court Fees | $15.36 | $29.76 |
| MON | 5/17/2006 9:01:07 AM | | 793 | Court Fees | ($15.36) | $14.40 |
| MON | 5/15/2006 7:03:29 PM | ITS0515 | | Phone Withdrawal | ($2.00) | $29.76 |
| MON | 5/13/2006 5:15:44 PM | ITS0513 | | Phone Withdrawal | ($2.00) | $31.76 |
| MON | 5/12/2006 6:55:02 PM | ITS0512 | | Phone Withdrawal | ($2.00) | $33.76 |
| MON | 5/12/2006 5:10:35 AM | 70157601 | | Lockbox - CD | $35.00 | $35.76 |
| MON | 5/4/2006 11:14:06 AM | 617 | | Sales | ($31.30) | $0.76 |
| MON | 5/1/2006 7:34:25 PM | ITS0501 | | Phone Withdrawal | ($1.00) | $32.06 |
| MON | 4/29/2006 5:50:02 PM | ITS0429 | | Phone Withdrawal | ($2.00) | $33.06 |
| MON | 4/28/2006 5:27:46 AM | 70156601 | | Lockbox - CD | $35.00 | $35.06 |
| MON | 4/27/2006 6:43:47 PM | 136 | | Sales | ($6.00) | $0.06 |
| MON | 4/27/2006 5:52:32 PM | ITS0427 | | Phone Withdrawal | ($2.00) | $6.06 |
| MON | 4/26/2006 5:22:13 PM | ITS0426 | | Phone Withdrawal | ($1.00) | $8.06 |
| MON | 4/21/2006 5:28:30 PM | ITS0421 | | Phone Withdrawal | ($2.00) | $9.06 |
| MON | 4/19/2006 5:53:13 PM | FICP0406 | | Inmate Co-pay | ($2.00) | $11.06 |
| MON | 4/17/2006 5:03:23 PM | ITS0417 | | Phone Withdrawal | ($2.00) | $13.06 |

1 2 3

**Total Transactions: 135**

**Totals:** $0.92   ($1.19)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $0.00 | $0.00 | $1.19 | $0.00 | $0.00 | $0.00 | $0.00 | $1.19 |
| **Totals:** | $0.00 | $0.00 | $1.19 | $0.00 | $0.00 | $0.00 | $0.00 | $1.19 |

| | | | | | |
|---|---|---|---|---|---|
| MON | 2/6/2006 2:11:06 PM | 40 | Sales | ($11.55) | $5.52 |
| MON | 2/3/2006 10:06:25 AM | FIPP0106 | Payroll - IPP | $16.80 | $17.07 |

<u>1</u> 2 3

**Total Transactions: 135**

| | | | |
|---|---|---|---|
| | Totals: | $0.92 | ($1.19) |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $0.00 | $0.00 | $1.19 | $0.00 | $0.00 | $0.00 | $0.00 | $1.19 |
| **Totals:** | **$0.00** | **$0.00** | **$1.19** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1.19** |