IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DANIEL LAFITTE DUMONDE,   *
#21609-001
    Plaintiff,   *

    v.   *   2:06-CV-889-MHT

F.P.C. MONTGOMERY, *et al.*,   *

    Defendants.   *

_____

**ORDER**

In light of information recently obtained by the court with respect to Plaintiff's civil litigation history while incarcerated or detained, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on October 6, 2006 (Doc. No. 4) be and is hereby VACATED.

Done this 3rd day of November, 2006.

                             /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE