IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LAFITTE DUMONDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv889-MHT |
| | ) | |
| FEDERAL PRISON CAMP, | ) | |
| MAXWELL AFB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the objection (doc. no. 11) to the magistrate judge's order (doc. no. 10), it is ORDERED as follows:

(1) The objection (doc. no. 11) is overruled.

(2) The order (doc. no. 10) is affirmed.

DONE, this the 16th day of November, 2006.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE